PROB 12C
(PAWP 4/16)

# UNITED STATES DISTRICT COURT
for the
## WESTERN DISTRICT OF PENNSYLVANIA

## Petition for Warrant or Summons for Offender

| | | |
|---|---|---|
| Offender: | Damian Bradford | Docket No.: 2:21CR00008 |
| Sentencing Judge: | David D. Dowd,  United States District Judge | |
| Assigned Judge: | W. Scott Hardy, United States District Judge | |
| Date of Original Sentence: | July 11, 2007 | |
| Original Offense: | 18:2261A Interstate Stalking, 18:924(c)(1)(A) Use and Carry of a Firearm during the Commission of a Felony | |
| Original Sentence: | 210 months of imprisonment; 60 months of supervised release | |
| Special Conditions: | Drug Treatment, Substance Abuse Testing, Search/Seizure, Special Assessment, Mental Health Treatment, Financial Disclosure | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: December 4, 2020 |
| Prior Court History: | 1/21/2021: Transfer of Jurisdiction from Northern District of Ohio | |
| | 4/1/2021: Report on Offender Under Supervision signed (association with a convicted felon) | |
| | 6/10/2022: Report on Offender Under Supervision signed (drug use) | |

## PETITIONING THE COURT

☑ To Issue a Warrant
       Petition and Warrant sealed until arrest
☐ To Issue a Summons
       Petition and summons sealed until service of summons
☐ Other

THE PROBATION OFFICER BELIEVES THAT THE OFFENDER HAS VIOLATED THE FOLLOWING CONDITION(S)

VIOLATION NUMBER

**Mandatory Condition:**  The defendant shall not commit another federal, state, or local crime.

**Mandatory Condition:**  The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

NATURE OF NONCOMPLIANCE

On July 29, 2022, at Docket Number: MJ-36304-CR-0000263-2022, the Pennsylvania State Police charged Damian Bradford with Aggravated Assault- Fear of Imminent SBI Designated Individual (F2), Aggravated Assault- Attempts to Cause or Causes SBI to Designated Individuals (F1), Disarming Law Enforcement Officer (F3), four counts of Recklessly Endangering Another Person (M2), Resisting Arrest (M2), Possession of Firearm Prohibited (F1), Firearms Not To be Carried Without a License (F3), Assault of Law Enforcement Officer (F1) and Criminal Attempt-Criminal Homicide (F).   Mr. Bradford is currently in state custody and is awaiting a preliminary hearing.

Offender: Damian Bradford
Docket No.: 2:21CR00008
Page 2


According to the criminal complaint filed on July 29, 2022, on July 29, 2022, shortly after midnight, a disturbance occurred outside of a convenience store. A male, subsequently identified by witnesses as Damian Ray Bradford, confronted several subjects outside of the store and brandished a pistol. Several subjects ran inside the store with Bradford following them and threatening them with the pistol. Bradford then exited the store with the pistol and confronted a male in front of the store while holding the pistol.

Pennsylvania State Troopers responded to the incident.  Bradford became combative with the troopers and fled towards the rear of the store. The troopers attempted to restrain Bradford who struggled with them on the floor. As the troopers attempted to gain control of Bradford on the floor, Bradford accessed his pistol, and a trooper suffered a gunshot wound to his leg. The troopers were able to disarm Bradford, but he continued to fight, and he attempted to take control of a trooper's firearm and taser. One of the trooper's was evacuated with the assistance of civilians inside the store. Another trooper was able to restrain Bradford with the assistance of a civilian.  The pistol, a 9 mm semi-automatic, in Bradford's possession was recovered on the floor inside the store where the trooper was shot.

U.S. Probation Officer Recommendation:

☐ The term of supervised release should be
      ☑ revoked
      ☐ extended

RECOMMENDATION

Due to the seriousness of the alleged conduct and danger to the community, the probation office respectfully recommends a warrant be issued for Mr. Bradford.  A supplemental petition will be filed if more information becomes available.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2022
                                Date

Approved By: _____
                          Nick Capaccio
           Supervisory U.S. Probation Officer

Offender: Damian Bradford
Docket No.: 2:21CR00008
Page 3

**THE COURT ORDERS:**

☐ No Action

☐ The Issuance of a Warrant and:

    ☐ No Bond is set

    ☐ Bond is set at _____

    ☐ Bond is at the discretion of the Magistrate Judge

☐ That a Summons be issued and the (probationer/supervised releasee) appear at the United States Courthouse, at Pittsburgh, Pennsylvania, Courtroom No. _____, _____, Floor, with legal counsel on _____ at _____, to show cause why supervision should not be revoked.  The (probationer/supervised releasee) is hereby ordered to abide by the conditions of supervision which were originally imposed on _____.

☐ Other

_____
W. Scott Hardy, United States District Judge

_____
Date